**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CROFTON & SONS, INC.,** | ) | **Case No. 8:14-bk-4208-CPM** |
| | ) | |
| **CROFTON L & D MEATS HOLDINGS, LLC,** | ) | **Case No. 8:14-bk-5033-CPM** |
| | ) | |
| | ) | *Jointly Administered Under* |
| **Debtors.** | ) | *Case No. 8:14-bk-4208-CPM* |

**NOTICE OF HEARING ON EMERGENCY MOTION FOR ENTRY OF AN ORDER
DIRECTING THE IMMEDIATE APPOINTMENT OF A CHAPTER 11 TRUSTEE
[DOCKET NO. 407]**

A preliminary hearing in this case will be held on **April 28, 2015 at 2:00 p.m**. in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, to consider and act upon the following and transact such other business that may come before the court:

*Emergency Motion for Entry of an Order Directing the Immediate Appointment of a Chapter 11 Trustee (Docket No. 407)*

The hearing may be continued upon announcement made in open Court without further notice.

1. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

2. Avoid delays at Courthouse security checkpoints. You are reminded the Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter to Courthouse.

Dated April 28, 2015

Respectfully submitted,

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco (0038920)
dademarco@hahnlaw.com
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone:    (216) 621-0150
Facsimile:     (216) 241-2824
*(admitted pro hac vice)*

*Counsel for the Committee*

7521115.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the NOTICE OF HEARING ON EMERGENCY MOTION FOR ENTRY OF AN ORDER DIRECTING THE IMMEDIATE APPOINTMENT OF A CHAPTER 11 TRUSTEE [DOCKET NO. 407] was sent on this 28th day of April 2015, to the entities on the attached Service List by United States Mail, postage prepaid.

        */s/ Daniel A. DeMarco*
        *One of the Attorneys for the*
        *Official Committee of Unsecured Creditors*
        *for Crofton & Sons, Inc.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:14-bk-04208-CPM<br>Middle District of Florida<br>Tampa<br>Tue Apr 28 09:06:19 EDT 2015 | Crofton & Sons, Inc.<br>Crofton L & D Meats Holdings, LLC<br>8:14-bk-5033-CPM (Jointly Administered)<br>10250 Woodberry Rd.<br>Tampa, FL 33619-8008 | Hahn Loeser & Parks LLP<br>800 Laurel Oak Drive, Suite 600<br>Naples, FL 34108-2705 |
| A. C. Legg, Inc.<br>PO Box 709<br>Calera, AL 35040-0709 | All Steel Buildings<br>c/o Theodore J. Hamilton, Esquire<br>P.O. Box 172727<br>Tampa, FL  33672-0727 | All Steel Buildings & Components<br>10159 US Hwy 41 South<br>Gibsonton, FL 33534-4016 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | Bank of America, N.A.<br>c/o Andrew T. Jenkins, Esq.<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>Tampa, Florida 33602-2656 | Betty and Quitman Lee<br>c/o John A. Anthony, Esquire<br>201 N. Franklin Street, Suite 2800<br>Tampa, FL 33602-5816 |
| Betty and Quitman, Lee, Trustees of<br>Betty Davis Lee Revocable Living Trust<br>Attn: Allison C. Doucette<br>201 N. Franklin St., Ste 2800<br>Tampa, FL 33602-5816 | Celtic Commercial Finance<br>c/o Stephanie C. Lieb, Esq.<br>Trenam Kemker<br>P.O. Box 1102<br>Tampa, FL 33601-1102 | Centennial Bank<br>3015 W. Columbus Dr.<br>Tampa, FL 33607-2252 |
| Centennial Bank<br>c/o Steven F. Thompson, Esq.<br>Thompson & Brooks<br>412 E. Madison Street, Suite 900<br>Tampa, FL 33602-4617 | Chisholm<br>2 Bloor Street West Suite 3300<br>Toronto, Ontario<br>Canada M4W 3K3 | DCW Casings LLC<br>700 S Fulton Ave<br>Mount Vernon, NY 10550-5014 |
| (p)PINELLAS COUNTY TAX COLLECTOR<br>PO BOX 4006<br>SEMINOLE FL 33775-4006 | Diane Nelson, Pinellas County Tax Collector<br>attn:  Robin Ferguson, Tax Mgr<br>P.O. Box 4006<br>Seminole, FL 33775-4006 | Doug Belden, Hillsborough County Tax Collect<br>c/o Brian T. FitzGerald, Esq.<br>P.O. Box 1110<br>Tampa, Florida 33601-1110 |
| Dutch Packing Co. Inc.<br>c/o Paul J. Battista<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131-2118 | Dutch Packing Co., Inc.<br>c/o Paul J. Battista, Esq.<br>Mariaelena Gayo-Guitian, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131-2118 | Express Label Company<br>PO Box 950727<br>Lake Mary, FL 32795-0727 |
| Ford Motor Credit  Company<br>c/o Matt Holtsinger, Esquire<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Ford Motor Credit Company, LLC<br>c/o Matt Holtsinger<br>P.O. Box 800<br>Tampa, FL 33601-0800 | G and R Business Solutions, LLC<br>and Howard A. Gordon<br>c/o Buddy D. Ford, Esquire<br>115 North MacDill Avenue<br>Tampa, FL  33609-1521 |
| G&R Business Solutions, LLC<br>c/o Buddy D. Ford, PA<br>115 N. MacDill Ave.<br>Tampa, FL 33609-1521 | Gary Vickers<br>Pro Food Sales<br>4845 Oak Arbor Drive<br>Valdosta, GA 31602-4904 | Glen Bros. Meat Co., Inc.<br>c/o J. Kirby McDonough<br>Quarles & Brady LLP<br>101 East Kennedy Boulevard, Suite 3400<br>Tampa, Florida 33602-5195 |
| Glen Bros. Meat Co., Inc.<br>c/o S. Douglas Knox and J. Kirby McDonou<br>Quarles & Brady LLP<br>101 E Kennedy Blvd, Ste 3400<br>Tampa, Floria  33602-5195 | Glenn Bros. Meat Co., Inc.<br>Po Box 671090<br>Dallas, TX 75267-1090 | Glenn Bros. Meat Co., Inc.<br>c/o S. Douglas Knox<br>Quarles & Brady LLP<br>101 E. Kennedy Blvd. Ste. 3400<br>Tampa, Fl 33602-5195 |

| | | |
|---|---|---|
| Glenn Bros. meat Company, Inc.<br>c/o J Kirby McDonough, Esquire<br>101 East Kennedy Blvd., Suite 3400<br>Tampa, FL 33602-5195 | HiTech Food Equipment Inc<br>Accounts Receivable<br>818 Lively Blvd<br>Wood Dale, IL 60191-1202 | Hitec Food Equipment, Inc.<br>818 Lively Blvd.<br>Wood Dale, IL 60191-1202 |
| Joe's Creek Industrial Park, Ltd<br>c/o Karen E. Maller, Esq<br>Powell, Carney, Maller, P.A.<br>One Progress Plaza, Suite 1210<br>St. Petersburg, Florida 33701-4335 | Joe's Creek Industrial Park, Ltd.<br>c/o Iurillo Law Group, P.A.<br>5628 Central Avenue<br>St. Petersburg, FL 33707-1718 | Keith A. Alter<br>Marcus Food Co.<br>240 N. Rock Rd., Ste 246<br>Witchita, KS 67206-2245 |
| Kubota Credit Corporation<br>c/o Daniel C Consuegra, PL<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | LSQ Funding Group, L.C.<br>c/o Kevin A. Reck, Esq.<br>Foley & Lardner LLP<br>111 N. Orange Avenue, Suite 1800<br>Orlando, Florida 32801-2386 | Macfarlane Ferguson & McMullin<br>P O Box 1531<br>Tampa, FL 33601-1531 |
| Marcus Food Co., Inc.<br>Po Box 781659<br>Wichita, KS 67278-1659 | MaxPak, Inc.<br>2808 New Tampa Hwy<br>Lakeland, FL 33815-3438 | Michael R. Dal Lago, Esq.<br>Hahn Loeser & Parks LLP<br>800 Laurel Oak Drive, Suite 600<br>Naples, FL 34108-2705 |
| Murphy & David's Corp.<br>1175 Peachtree St., N.E. Suite 2080<br>Atlanta, GA 30361-3551 | Nancy Murphy or Samuel Petit-Homme<br>DCW Casing, LLC<br>700 S. Fulton Avenue<br>Mount Vernon, NY 10550-5014 | Nesco Resources A-1 Temps, Inc.<br>n/k/a A1 Resourse, LLC<br>9202 Florida Palm Dr<br>Tampa, FL 33619-4352 |
| Ogletree, Deakins, Nash,<br>Smoak & Stewart<br>PO Box 89<br>Columbia, SC 29202-0089 | Paul Kastin<br>Murphy & David's Corp.<br>1175 Peachtree Street NE<br>Suite 2080<br>Atlanta, GA 30361-3551 | Peace Transport, LLC<br>10250 Woodberry Road<br>Tampa, FL 33619-8008 |
| Pro Food Sales Inc.<br>4845 Oak Arbor Drive<br>Valdosta, GA 31602-4904 | Richard Bernaldo<br>c/o Damien H. Prosser, Esq.<br>Morgan & Morgan, P.A.<br>20 N. Orange Avenue, Ste. 1600<br>Orlando, FL 32801-4624 | Susquehanna Commercial Finance, Inc.<br>c/o Eric B. Zwiebel, P.A.<br>7900 Peters Road<br>Building B, Suite 100<br>Plantation, Florida 33324-4045 |
| The Official Committee of Unsecured Creditor<br>for Crofton & Sons, Inc.<br>c/o Michael R. Del Lago Esq.<br>800 Laurel Oak Dr., Suite 600<br>Naples, FL 34108-2705 | Toyota Motor Credit Corporation<br>c/o Scott D. Fink, Esq.<br>323 W. Lakeside Avenue, Suite 200<br>Cleveland, OH  44113-1099 | UJP Consignments, LLC<br>c/o Alberto F. Gomez, Jr., Esq.<br>403 E. Madison Street, Ste. 400<br>Tampa, FL 33602-4614 |
| UJP Consignments, LLC<br>c/o Jennis & Bowen PL<br>400 N. Ashley Dr., Ste. 2540<br>Tampa, FL 33602-4317 | Wells Fargo Equipment Finance, Inc.<br>c/o Kenneth B. Jacobs, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | Winpak<br>1951 Paysphere Circle<br>Chicago, IL 60674-0019 |
| Xpedx - Tampa<br>PO Box 677319<br>Dallas, TX 75267-7319 | Paul J Battista +<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>44th Floor<br>Miami, FL 33131-2100 | Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 |

Kenneth B Jacobs +
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Buddy D. Ford +
115 N. MacDill Avenue
Tampa, FL 33609-1521

Alberto F Gomez Jr.+
Johnson Pope Bokor Ruppel & Burns, LLP
403 East Madison Street, Suite 400
Tampa, FL 33602-4614

Theodore J. Hamilton +
Wetherington, Hamilton, Harrison & Fair
1010 N. Florida Ave.
Tampa, FL 33602-3808

Karen E. Maller +
Powell Carney Maller Ramsay & Grove, P.A
One Progress Plaza, Suite 1210
St. Petersburg, FL 33701-4335

Scott A. Stichter +
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4718

Steven F Thompson +
Thompson & Brooks
412 East Madison Street, Suite 900
Tampa, FL 33602-4617

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Chad S Bowen +
Jennis & Bowen PL
400 North Ashley Drive
Suite 2540
Tampa, FL 33602-4317

Brian T FitzGerald +
Hillsborough County Attorney
Senior Assistant County Attorney
PO Box 1110
Tampa, FL 33601-1110

Geoffrey J Peters +
Weltman Weinberg & Reis Co LPA
175 South Third Street
Suite 900
Columbus, OH 43215-5166

Kevin A Reck +
Foley & Lardner
111 North Orange Avenue
Suite 1800
Orlando, FL 32801-2386

Andrew T. Jenkins +
Bush Ross, PA
Post Office Box 3913
Tampa, FL 33601-3913

Amy Denton Harris +
Stichter Riedel Blain & Prosser PA
110 E Madison Street
Suite 200
Tampa, FL 33602-4718

Larry M Foyle +
Kass Shuler Solomon Spector Foyle et al
P O Box 800
Tampa, FL 33601-0800

Adam L Alpert +
Bush Ross P.A.
Post Office Box 3913
Tampa, FL 33601-3913

John A Anthony +
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, FL 33602-5816

Eric B Zwiebel +
Eric B Zwiebel, P.A.
Executive Court at Jacoranda
7900 Peters Road, Building B, Suite 100
Plantation, FL 33324-4044

Camille J Iurillo +
Iurillow Law Group, P.A.
5628 Central Avenue
St. Petersburg, FL 33707-1718

Damien H. Prosser +
20 N. Orange Avenue
10th Floor
Orlando, FL 32801-4624

Lauren Osa +
Law Offices of Daniel C. Consuegra, P.L.
9204 King Palm Drive
Tampa, FL 33619-8331

Stephanie C Lieb +
Trenam, Kemker
Post Office Box 1102
Tampa, FL 33601-1102

John W Landkammer +
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, FL 33602-5816

S Douglas Knox +
Quarles & Brady, LLP
101 E. Kennedy Boulevard, Suite 3400
Tampa, FL 33602-5195

J Steven Wilkes +
Office of United States Trustee
501 East Polk Street
Tampa, FL 33602-3949

Becky Ferrell-Anton +
Stichter Reidel Blain & Prosser PA
110 E Madison Street, Ste 200
Tampa, FL 33602-4718

William C Falkner +
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL 33756-5165

John Paul Getting +
Jennis & Bowen, P.L.
400 North Ashley Drive
Suite 2540
Tampa, FL 33602-4317

Daniel A DeMarco +
Hahn Loeser & Parks, LLP
200 Public Square
Suite 2800
Cleveland, OH 44114-2303

Nicole Mariani Noel +
Kass, Shuler, Solomon, Spector, etal
PO Box 800
Tampa, FL 33601-0800

| | | |
|---|---|---|
| Allison Doucette + | Matthew M Holtsinger + | Robert A Cooper + |
| Anthony & Partners LLC | Kass Shuler PA | Hahn Loeser & Parks, LLP |
| 201 North Franklin Street | PO Box 800 | 2532 East First Street |
| Suite 2800 | Tampa, FL 33601-0800 | Fort Myers, FL 33901-2431 |
| Tampa, FL 33602-5816 | | |

| | |
|---|---|
| James K McDonough + | Note: Entries with a '+' at the end of the |
| Quarles & Brady, LLP | name have an email address on file in CMECF |
| 101 E Kennedy Blvd, Ste 3400 | |
| Tampa, FL 33602-5195 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| Diane Nelson, Pinellas County Tax Collector | (d)Pinellas County Tax Collector | End of Label Matrix | |
| Attn: William C. Falkner | %William C. Falkner, Esq. | Mailable recipients | 94 |
| 315 Court Street, 6th Floor | 315 Court St., Sixth Floor | Bypassed recipients | 0 |
| Clearwater, FL 33756 | Clearwater, FL 33756 | Total | 94 |